CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiff, CHRIS LANGER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>Plaintiff,<br><br>v.<br><br>OB JUAN ASSOCIATES, LLC, a California Limited Liability Company; LEONA P. JACKSON, in his individual and representative capacity as trustee of the Frederick W. & Leone. P Jackson Trust; AUTOZONE WEST, NC, a Delaware Corporation; and Does 1-10<br><br>Defendants. | Case No.: 3:14-CV-01843-GPC-JLB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON** |

The Plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case. The settlement agreement has been drafted and is circulating for execution. Plaintiff respectfully requests that all currently set date be vacated because the parties would like to avoid any further expense to their clients and any further use of valuable court resources.

Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Stipulation for Dismissal with prejudice as to all parties will be filed within 45 days.

Notice of Settlement                         -1-               3:14-CV-01843-GPC-JLB

1
2
3
4   CENTER FOR DISABILITY ACCESS
5
6   Dated: 09/23/2014        /s/ Mark D. Potter
7                            Mark D. Potter
                             Attorney for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Settlement              -2-           3:14-CV-01843-GPC-JLB